UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEREMY HANNAFORD,<br>an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>AWashington LLC,<br>a limited liability company,<br><br>DEFENDANT. | *<br>*<br>*<br>*<br>* Case No. 2:22-cv-01649<br>*<br>*<br>*<br>*<br>*<br>* |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without an award of attorney fees or costs to either party.

Respectfully submitted this March 7, 2023.

RESPECTFULLY SUBMITTED,

*/s/Conner G. Spani*
Conner G. Spani, Esq.
Counsel for Plaintiff
Washington State Bar No.: 58788
Tel: 206-579-8781
conner.spani@spanilaw.com

1

2

*/s/ Mary Haddad*
Mary Haddad
Counsel for Defendant
Fox Rothschild LLP
Seattle, WA 98154
(206) 389-1601 - direct
MHaddad@foxrothschild.com
www.foxrothschild.com